**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **GRS Restaurant Group, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Stacks** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-0611467** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **361 California Drive**<br>**Burlingame, CA 94010**<br>Number, Street, City, State & ZIP Code | **68 Castro St.**<br>**San Francisco, CA 94114**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Mateo**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 23-30430   Doc# 1   Filed: 06/30/23   Entered: 06/30/23 19:10:12   Page 1 of 48

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case: 23-30430   Doc# 1   Filed: 06/30/23   Entered: 06/30/23 19:10:12   Page 2 of 48

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 23-30430   Doc# 1   Filed: 06/30/23   Entered: 06/30/23 19:10:12   Page 3 of 48

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**June 30, 2023**
　　　　　　　MM / DD / YYYY

**X** **/s/ Geoff R. Swenson**　　　　　　　　　　　　　　　**Geoff R. Swenson**
Signature of authorized representative of debtor　　　　　　Printed name

Title　**President**

**18. Signature of attorney**

**X** **/s/ Matthew D. Metzger**　　　　　　　　　Date　**June 30, 2023**
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

**Matthew D. Metzger 240437**
Printed name

**Belvedere Legal, PC**
Firm name

**1777 Borel Place, Suite 314**
**San Mateo, CA 94402**
Number, Street, City, State & ZIP Code

Contact phone　**415-513-5980**　　　　Email address　**info@belvederelegal.com**

**240437 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **GRS Restaurant Group, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alex Fernando Cob c/o Arlo Garcia Uriarte Liberation Law Group, P.C. San Francisco, CA 94110 | | pending pre-petition lawsuit, Cob et al. v. GRS Restaurant Group, Inc. et al., San Francisco County Superior Court Case No. CGC-22-599102 | Contingent Unliquidated Disputed | | | $100,000.00 |
| Armon Foodservice Company, Inc. Attn: Current Officer 2540 Barrinton Court Hayward, CA 94545 | | vendor | | | | $6,500.00 |
| Comerica Bank, a Texas corporation c/o Frandzel Robins Bloom & Csato, L.C. 1000 Wilshire Boulevard, Nineteenth Floo Los Angeles, CA 90017-2427 | | UCC Lien No. 157443154630 | Contingent Unliquidated Disputed | $1,146,259.40 | $269,950.89 | $876,308.51 |
| Juan Diego Cob c/o Arlo Garcia Uriarte Liberation Law Group, P.C. San Francisco, CA 94110 | | pending pre-petition lawsuit, Cob et al. v. GRS Restaurant Group, Inc. et al., San Francisco County Superior Court Case No. CGC-22-599102 | Contingent Unliquidated Disputed | | | $100,000.00 |

Case: 23-30430   Doc# 1   Filed: 06/30/23   Entered: 06/30/23 19:10:12   Page 6 of 48

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Juan Pablo Jaraz Ortega c/o Daily Aljian LLP 100 Bayview Circle, Suite 5500 Newport Beach, CA 92660** | | **Prepetition lawsuit - Juan Pablo Jaraz Ortega, individually, and on behalf of all others similarly situated, Plaintiff, v. GRS Restaurant Group, Inc.,** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Performance Food Group, Inc. Attn: Curent officer 12500 West Creek Parkway Richmond, VA 23238** | | **vendor** | | | | **$7,500.00** |
| **Sabatini Trust & Donald & Ann Sabatini 1 Fairoaks court San Mateo, CA 94403** | | **Landlord - pre-petition forbearance agreement during Covid-19 Pandemic** | | | | **$195,000.00** |
| **U.S. Small Business Administration Attn: District Counsel 455 Market Street, Suite 600 San Francisco, CA 94105** | | **PPP Loan** | **Contingent Unliquidated Disputed** | | | **$372,400.00** |

Agustin Alberto Vega Garcia
916 N. Humboldt St.
San Mateo, CA 94401


Agustin Vega Torres
1221 S El Camino Real Apt. 207
San Mateo, CA 94402


Albert Vega
314 E Poplar Ave #16
San Mateo, CA 94401


Alberto Arreola
918 N Humboldt St
San Mateo, CA 94401


Alberto Barreto
792 36th Avenue
San Mateo, CA 94401


Alberto Garcia
918 N. Humboldt St.
San Mateo, CA 94401


Alberto Zamora
855 Barron Avenue SPC #A1
Redwood City, CA 94063


Albina Ruiz
32 N Fremont St.
San Mateo, CA 94401

Alejandro Pena Vasquez
2037 S Delaware St. Apt. 12
San Mateo, CA 94403


Alejandro Rodriguez
1518 Oxford Sreet #11
Redwood City, CA 94061


Alex Fernando Cob
c/o Arlo Garcia Uriarte
Liberation Law Group, P.C.
San Francisco, CA 94110


Alex Fernando Cruz
280 10th Ave.
San Francisco, CA 94118


Alex Garcia
2351 Norfolk
San Mateo, CA 94403


Alex Martinez
3281 Casa de Campo # 7
San Mateo, CA 94403


Alex Martinez
3329 La Selva St. Apt. 2
San Mateo, CA 94403


Alexander Iriarte
916 N. Humboldt St.
San Mateo, CA 94401

Alexandra Lopez
1228 Hollyburne Avenue
Menlo Park, CA 94025


Alfaro Pacheco
115 Santa Helena Ave., Apt. 5
Millbrae, CA 94030


Alfonso Loya Favela
217 Alden St.
Redwood City, CA 94063


Alfredo Medrano Contreras
3450 Michel Dr.
Redwood City, CA 94063


Alfredo Morales Fernandez
1127 Village Drive Apt. #4
Belmont, CA 94002


Alfredo S. Lopez
471 Green Street
Palo Alto, CA 94303


Amanda Peregrina
122 School Street #1
Daly City, CA 94014


Ameer Ibraheim
345 Pacific Ave;.
Pacifica, CA 94044

Amparo Vasquez
1509 Laurel Street #10
San Carlos, CA 94070


Amtrust North America, Inc.
Attn: Current Officer
P.O. Box 6939
Cleveland, OH 44101


Amy Hamal
750 Coleman Avenue #8
Menlo Park, CA 94025


Andres Vera
211 S. Fremont St.
San Mateo, CA 94401


Andrew A Zygarewicz
763 Moana Way
Pacifica, CA 94044


Andrew Oseguera
1933 E Bayshore Road #27
Redwood City, CA 94063


Angel Manjarrez
415 E Santa Inez Ave.
San Mateo, CA 94401


Angel Miguel Figueroa
252 Burrows St.
San Francisco, CA 94134

Anisha Gautam
2727 Edison St.
San Mateo, CA 94403


Anna C Ferreira
273 S Norfolk Street #203
San Mateo, CA 94403


Anna Gerlitz
20 Willow Road #17
Menlo Park, CA 94025


Anna Marie Aragon
2000 CRYSTAL SPRING ROAD, APT. 232
San Bruno, CA 94066


Antero Alarcon
401 Richmond Dr Apt 116
Millbrae, CA 94030


Anthony Loaiza-Rodriguez
114 Wayne Ct. E
Redwood City, CA 94063


Antonio Covarrubias
1007 Hemlock Ave Apt. 3
Millbrae, CA 94030


Antonio G Sanchez Navarro
2000 Crystal Spring Rd. Apt. 1611
San Bruno, CA 94066

Antonio Reyes
1480 Hess Road #1
Redwood City, CA 94061


Antonio Rodriguez
2487 Fordham Street
Palo Alto, CA 94303


Ariel J. Lopez
1340 Henderson Avenue
Menlo Park, CA 94025


Armando Leon
401 Bermuda Drive #21
San Mateo, CA 94401


Armon Foodservice Company, Inc.
Attn: Current Officer
2540 Barrinton Court
Hayward, CA 94545


Ashley A Zabaleta
544 Commercial Avenue Apt. 2
South San Francisco, CA 94080


AT&T
Attn: Current Officer
P.O. Box 5014
Carol Stream, IL 60197


Augustin Rogue
358 Alida Way # 25
South San Francisco, CA 94080

Avinder Raina
3762 Poinciana Drive #4
Sunnyvale, CA 95051


Benjamin Cruz
58 Castlecrest Drive
San Jose, CA 95116


Bernardo Sandoval
11 S Grant St. Apt. D
San Mateo, CA 94401


Brian Jimenez
1808 Bradford Way Apt. 4
San Jose, CA 95124


Bryan Fernando Estrada Garcia
1450 Baden Ave.
South San Francisco, CA 94080


California Beverage Systems, Inc.
2502 Technology Road
Hayward, CA 94545


California Depart of Tax & Fee Admin.
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Carla L Valdivia
2826 Westmoreland Ave.
Redwood City, CA 94063

Carlos A Arreola-Figueroa
150 N Delaware St
San Mateo, CA 94401


Carlos A Vega
314 E Poplar Ave. #16
San Mateo, CA 94401


Carlos Arreola
918 N. Humboldt Street
San Mateo, CA 94401


Carlos Beltran-Calderon
208 2nd Avenue
San Mateo, CA 94401


Carlos D Chavez
885 Park Drive
San Mateo, CA 94404


Carlos Delgado
24916 Lucien Way
Hayward, CA 94540


Carlos E Lara Batres
841 Ada Street
San Mateo, CA 94401


Carlos Ortiz
1261 Oak Grove Avenue Apt. #7
Burlingame, CA 94010

Carmen A. Herrera
1417 Began Ave.
San Mateo, CA 94401


Cecilia Inez Moreno
1239 Oak Grove Ave, Apt. 214
Burlingame, CA 94010


Cecilia Inez Moreno
1239 Oak Grove Ave., Apt. 214
Burlingame, CA 94010


Cesar Arreola
1511 YORK AVENUE
San Mateo, CA 94401


Cesar S. Aguirre
10 Towne Circle
Mountain View, CA 94040


Chris Fernandez
720 Larch Ave.
South San Francisco, CA 94080


Christian Fajardo
2277 21st Ave.
San Francisco, CA 94116


Christian Reyna
2487 Fordham Street
East Palo Alto, CA 94303

Christina Hagen
817 Fremont Street
Menlo Park, CA 94025


Christopher Blake
108 Loyola Ave
Menlo Park, CA 94025


Cintas Corporation
c/o CSC- Lawyers Incorporatomg Service
Reg. Agent
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833


Cintia Perez
715 Woodside Way #2
San Mateo, CA 94401


City of Burlingame
Utility Biling Office
P.O. Box 191
Burlingame, CA 94011-0910


Comerica Bank
Attn: Curtis C. Farmer, CEO
1717 Main St.
Dallas, TX 75201


Comerica Bank & Trust, N.A.
Attn: Curis C. Farmer, CEO
101 N. Main St.
Ann Arbor, MI 48104


Comerica Bank, a Texas corporation
c/o Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floo
Los Angeles, CA 90017-2427

Crisafi Pryor Farquhar, Inc.
Attn: Current Officer
1650 Borel Place, Suite 120
San Mateo, CA 94402


Crystal Petty
3705 Starr King Circle
Palo Alto, CA 94306


Daniel Perez Arias
228 Pine Ave.
South San Francisco, CA 94080


Daniel Torres
863 Weeks St.
Palo Alto, CA 94303


Daniel Trujillo Zambrano
110 Maple Ave.
South San Francisco, CA 94080


David A Medeiros
327 E Bellevue Ave.
San Mateo, CA 94401


David Romero Tueux
130 Newbridge St.
Menlo Park, CA 94025


Debra Jaramillo
1636 Branham Ln.
San Jose, CA 95118

Diana Martinez
532 McKendrie St.
San Francisco, CA 94110


Diego Izaguires
25800 Industrial Blvd.
Hayward, CA 94545


Domingo Palma-Nava
1949 Cooley Avenue #2
East Palo Alto, CA 94303


Domingo Perez
1270 Henderson Avenue
Menlo Park, CA 94025-8000


Donald Sabatini &U Ann Sabatini
1 Fairoaks Court
San Mateo, CA 94403


Ecolab, Inc.
Attn: Curfent Officer
P.O. Box 100512
Pasadena, CA 91189


Edgar Andrade
314 E Poplar Ave, #6
San Mateo, CA 94401


Edgar Gonzalez-Carreno
3769 Park Blvd.
Palo Alto, CA 94306

Edgard Zamora
1560 Bay Road
Palo Alto, CA 94303


Eileen Galindo
2020 Santa Clara Avenue #407
Alameda, CA 94501


Elfido Amilcar Cabrera
501 N. El Camino Real
San Mateo, CA 94401


Emilia Acosta
340 E SANTA INEZ AVENUE #4
San Mateo, CA 94401


Equifax Information Services
P.O. Box 740256
Atlanta, GA 30374


Eric Candia Castillo
337 Rollins Road
Burlingame, CA 94010


Erik Rodriguez Mayoral
14 Highland Ave., Apt. 8
Burlingame, CA 94010


Esley R Torres
1658 Sp Gramt Street A[t A
San Mateo, CA 94402

Esley Rodriguez Torres
1658 S Grant St., Apt. A
San Mateo, CA 94402


Eusebio Enriquez
3242 Rolison Road #2
Redwood City, CA 94063


Evelio C Pocon
22189 S Garden Ave
Hayward, CA 94541


Ever Ortiz
610 Hopkins Ave
Redwood City, CA 94063


Experian
Po Box 2002
Allen, TX 75013


Ezra Cabrera
1221 S El Carmino Real
San Mateo, CA 94402


Fabian Bastidas
133 N. Humboldt St.
San Mateo, CA 94401


Felicitas R Rosorio
25 Ct. #3
Daly City, CA 94015

Felipe Enriquez
1540 Monte Diablo
San Mateo, CA 94401


Fernando Calbillo
2 Newell Court #2106
Palo Alto, CA 94303


Fernando D Acosta
1141 HENDERSON AVE
La Honda, CA 94020


Fernando Laga
408 Estudio Circle #4
San Mateo, CA 94401


Fernando Valdovinos
368 C Street #1
South San Francisco, CA 94080


First Insurance Funding
Attn: Current Officer
450 Skokie Blvd # 1000
Northbrook, IL 60062


Franchise Tax Board
Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Francisco Velasco
401 Heller St. Apt. G
Redwood City, CA 94063

Fray Mota
25057 Mohr Drive
Hayward, CA 94545


Gabino Urieta
280 Elm St. Apt. 9
San Carlos, CA 94070


Gabriel Aguilar
250 W El Camino Real, Apt. 4105
Sunnyvale, CA 94087


Gabriel Alvarez
1380 El Camino Real Apt 36
Millbrae, CA 94030


Gabriel M Luevano
241010 Dover Lane
Hayward, CA 94541


Geoffrey Swenson
68 Castro
San Francisco, CA 94114


Gildardo Torrres de Leon


Greycy Endres
500 King Dr. Apt. 1108
Daly City, CA 94015

Guadalupe Fajardo
1427 S B St., Apt. C
San Mateo, CA 94402


Guadalupe Hernandez
625 N. Delaware St. #A
San Mateo, CA 94401


Guillermina Ortiz
5654 Via Monte Drive #3
San Jose, CA 95118


Harluz Garcia
718 Tilton Ave.
San Mateo, CA 94401


Hector Laurian
720 Larch Avenue
South San Francisco, CA 94110


House of Bagels
Attn: Current Officer
1007 Washington Street
San Carlos, CA 94070


Hugo Garcia-Lainez
2270 Bluebell Ave.
San Jose, CA 95122


Impact Paper
Attn: Steve Christensen, Reg. Agent
1590 Gilbreth Rd.
Burlingame, CA 94010

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346


Irving Yedier Tellez Sotelo
31 Westhaven Dr.
Daly City, CA 94015


Isaac Escobar
397 IMperial WAy
Daly City, CA 94015


Isaias Maldonado
1214 2nd Avenue
San Mateo, CA 94401


Isidro Garcia
1860 Roosevelt Ave.
Redwood City, CA 94061


Ismael Vega Fajardo
1221 S El Camino Real Apt. 101
San Mateo, CA 94402


Isreal Flores-Melcho
715 Woodside Way Apt. 1
San Mateo, CA 94401


Ivan H. Astonga
342 S lith St, #3
San Jose, CA 95112

Jaime Lopez Alvarez
22211 S. Garden Ave., Apt. 15
Hayward, CA 94541


Jake Suliguin
134 Swallowtail Ct.
Brisbane, CA 94005


Janaina B. De Santana
131 Elm Street Apt. # 303
San Mateo, CA 94401


Jason Orona
1221 S El Camino Real Apt. 101
San Mateo, CA 94402


Javier Garcia-Martinez
723 Camino Plaze #147
San Bruno, CA 94066


Jedeon Rivas
427 Argonaut Ave.
San Francisco, CA 94134


Jeffrey Yoc Aguilar
400 Rand St.
San Mateo, CA 94401


Jeronimo Pina
900 Larkspur Dr.
Burlingame, CA 94010

Jessicka A. Knight
920 A chula Vista
Burlingame, CA 94010


Jesus Arana-Munoz
1600 E 3rd Street
San Mateo, CA 94401


Jesus M Pena Vazquez
2037 S Delaware Street Apt. #12
San Mateo, CA 94403


Jesus Melchor Perez
1928 Cooley Avenue #59
Palo Alto, CA 94303


Jesus Rodriguez
3233 Casa de Campo Way #8
San Mateo, CA 94401


Jesus T Lopez Bedolla
22211 S Garden Ave Apt 5
Hayward, CA 94541


Joel Valenzuela
2294 Palmer Ave.
Palo Alto, CA 94303


John Philip C Gorman
2017 Murchison Dr.
Burlingame, CA 94010

Jon Pristavok
1332 Lodi Avenue
San Mateo, CA 94401


Jorge Aguirre
2650 California St, Apt. 66
Mountain View, CA 94040


Jorge Perez
1928 Cooley Ave. Apt. 59
Palo Alto, CA 94303


Josbin Aguilar Yoc
400 RAND ST
San Mateo, CA 94401


Jose A Beza
24778 Willimet Way
Hayward, CA 94544


Jose A Garcia
407 Tuner Terrace #201
San Mateo, CA 94401


Jose A Luviano Lopez
669 Grove St. Apt. A
Half Moon Bay, CA 94019


Jose A. Cortez-Benitez
3280 Casa de Compos Way # 2
San Mateo, CA 94403

Jose Arreola
918 N Humboldt St,
San Mateo, CA 94401


Jose Coc
210 N. Claremont St.
San Mateo, CA 94401


Jose Cruz
1511 York Ave.
San Mateo, CA 94401


Jose Dabroy
2551 Farrington WAy
Palo Alto, CA 94303


Jose De Jesus-Arellano
1457 Hemlock Ave.
San Mateo, CA 94401


Jose Enrique Avila=-Martinez
800 College Ave.
Menlo Park, CA 94025


Jose Figuero
349 Poplar Avenue #3
Redwood City, CA 94061


Jose Joel Reyes
2030 Lathan St. Apt. 9
Mountain View, CA 94040

Jose M. Jimenez-Hernandez
14685 Oka Road #28
Los Gatos, CA 95032


Jose Martin Hernandez
625 N. Delaware St., Apt. B
San Mateo, CA 94401


Jose Martinez
960 Azure St. Apt. 1
Sunnyvale, CA 94087


Jose Rendon
100 W. 27th Avenue Apt. #110
San Mateo, CA 94403


Jose Top
176 36th Ave.
San Mateo, CA 94403


Jose Valenzuela
1457 Hemlock Ave.
San Mateo, CA 94401


Joseph M Katout
3471 Crestmoor Dr.
San Bruno, CA 94066


Josue Romero
10 Jasmine WAy
Palo Alto, CA 94303

Juan Antonio Padilla
190 Ryland St., Apt. 5117
San Jose, CA 95110


Juan Diego Cob
c/o Arlo Garcia Uriarte
Liberation Law Group, P.C.
San Francisco, CA 94110


Juan F Reta Nevarez
2119 Shoreview Ave.
San Mateo, CA 94401


Juan Pablo Jaraz Ortega
c/o Daily Aljian LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660


Juan Rivera
2711 Belfast Drive
San Jose, CA 95127


Juan Rodriguez
111 S. Grant St. #1
San Mateo, CA 94401


Julia Barco
219 S. Humbolt
San Mateo, CA 94401


Kaitlyn Sherman
3133 Fronteraway, Apt. 337
Burlingame, CA 94010

Karilla Rodriguez
375 8th Street Apt. #7
Daly City, CA 94015


Karla Loaiza
1810 Ednamary Way, C
Mountain View, CA 94040


Kayley Dawson
3360 Maguire Way Unit 240
Dublin, CA 94568


Kellie Deweert
1191 Foley Ave.
Santa Clara, CA 95051


Keren Lizarraga
1239 Oakgrove Avenue Apt. #207
Burlingame, CA 94010


Kevin Flores
50 # 39th Avenue #5
San Mateo, CA 94403


Leandro Noriega
739 Amphlett Blvd #4
San Mateo, CA 94401


Leidy Laura
115 SANTA HELENA AVE, APT. 5
San Bruno, CA 94066

Leonides Salmoran
3980 El Camino REal, Unit 85
Palo Alto, CA 94306


Livini O Buch Sitan
1107 State St.
San Mateo, CA 94401


Lizeth Cuevas
1029 8th Avel.
Redwood City, CA 94063


Luis A. Gonzalez
1720 W. Bayshore Rd. #27
East Palo Alto, CA 94303


Luis Enrique de Jesus-Ortiz
1548 Hudson Street #201
Redwood City, CA 94061


Luis F. Gonzalez
1006 S De Anza Blvd, Apt. K201
San Jose, CA 95129


Luis Godinez
10 S. Kingston St.
San Mateo, CA 94401


Luis Hernandez
1480 W. Bayshore Road #3
CA 94033

Luis Hernandez
810 Weeks St.
Palo Alto, CA 94303


Luis Lizarraga
11 So Grant Street #D
San Mateo, CA 94401


Luis Mellado
490 N Idaho St. Apt. 203
San Mateo, CA 94401


Luis Pirir
38 N Idaho St.
San Mateo, CA 94401


Luis Ramos
349 Poplar Avenue #3
Redwood City, CA 94061


Luzelena Aguayo
4242 MIRAMONTE WAY
Union City, CA 94587


Manuel A Melendez Saldana
935 N Humboldt St.
San Mateo, CA 94402


Manuel Antonio Sandoval Noriega
109 Dwight Road #2
Burlingame, CA 94010

Manuel Hernandez
404 'Studio Circle #3
San Mateo, CA 94401


Marcelino Marquez Hernandez
408 Rand St.
San Mateo, CA 94401


Marco Boror
1385 Holly St.
San Carlos, CA 94070


Marcos A Urias
2650 California Street #55
Mountain View, CA 94040


Maria Bustamonte
2100 Pullman Ave.
San Mateo, CA 94402


Maria De Lourdez Lua
108 Balboa Ave.
San Jose, CA 95116


Marielos Yamileth Gomez Flores
2235 N. Idaho St.
San Mateo, CA 94401


Mario A Torres
1404 Floribunda Ave. Apt. 308
Burlingame, CA 94010

Mario Carrasco-Suniga
405 Palmcrest Dr.
Daly City, CA 94015


Mario Torres
2831 Florest Street Apt. #208
San Mateo, CA 94403


Mark Cada
280 W "A" Street #46
Hayward, CA 94541


Marsen Carmello Villalta
926 S. Hambolt St.
San Mateo, CA 94401


Martin C Rodriguez
316 Escuela Avenue Apt. #2
Mountain View, CA 94040


Martin Quiche Ramirez
122 N. Claremont Street
San Mateo, CA 94401


Martin Sanchez
443 N Idaho Street #2
San Mateo, CA 94401


Marvin Romerto
732 Masson Ave
San Bruno, CA 94066

Maryza Zuniga
516 Heller St.
Redwood City, CA 94063


Matagrano, Inc.
Attn: Current Officer
25858 Clawiter Road
Hayward, CA 94545


Mauricio Bejarano
30 Poncetta Dr
Daly City, CA 94015


Melisssa Hernandez
1404 Floribunda Ave.
Burlingame, CA 94010


Miguel Bonilla
809 Vine Court
San Mateo, CA 94401


Miguel Medina
1335 Williams Court
San Jose, CA 95116


Moja Kehmiel
1341 Ribbon St.
Foster City, CA 94404


Mood Media Corporation
Attn: Current Officer
2100 S-1H-35 Frontage Road #201
Austin, TX 78704

Natalie Silverman
7 Odell Pl.
Atherton, CA 94027


New Carbon Company, Inc.
dba Golden Malted, Attn: Current Officer
P.O. Box 129
Concordville, PA 19331


Omar Hernandez
1216 Saratoga Avenue
East Palo Alto, CA 94303


Omar Lozano
954 Henderson ?Avenue SP#13
Sunnyvale, CA 94086


Omar M. Gastelum
1315 Speers
San Mateo, CA 94403


Oscar J Calderon Carillo
3925 1/2 Marine View Ave
San Diego, CA 92113


Oscar Mendieta
1584 Regent St. Apt. 6
Redwood City, CA 94061


Oscar Munoz
2 Castillo St.
San Francisco, CA 94134

Oscar Torres
4390 Bidwell Drive
Fremont, CA 94538


Pablo Ortega
216 S Idaho St. Apt. B
San Mateo, CA 94401


Pablo Romero
480 E. Okeefe St. #203
Palo Alto, CA 94303


Pacific Gas & Electric Company
Attn: Current Officer
P.O. Box 997300
Sacramento, CA 95899-7300


Pedro Nunez Jadat
6629 La Sel;va St. Apt. 1
San Mateo, CA 94403


Peerless Coffee & Tea
Attn: Current Officer
260 Oak Street
Oakland, CA 94607


Performance Food Group, Inc.
Attn: Curent officer
12500 West Creek Parkway
Richmond, VA 23238


Porfirio Ponce-Lopez
1221 S El; Camino REal
San Mateo, CA 94402

Pulla Ramakrishna
3500 Granda Avenue
Sunnyvale, CA 95051


R&D Grease Trap Cleaning
Attn: Ron White
P.O. Box 640
The Dalles, OR 97058


Rafael Orozco
659 Upton St.
Redwood City, CA 94061


Raul Arriage Guevara
307 Bridgeview Drive
San Francisco, CA 94124


Raul Guevara-Arriage
307 Bridgeview Drive
San Francisco, CA 94124


Recology San Mateo County
Attn: Current Officer
225 Shoreway Road
San Carlos, CA 94070


Rene Arreola
918 N Humboldt St
San Mateo, CA 94401


Republic National Distributing Company,
LLC, Attn: Managing Member
P.O. Box 743564
Los Angeles, CA 90013

Ricardo Hernandez
21 Virginia Ave.
San Francisco, CA 94110


Ricardo Hernandez Gutierrez
21 Virginia Ave
San Francisco, CA 94110


Ricardo Ramirez
875 Huntingon Ave Apt. 7
San Bruno, CA 94066


Ricardo Sandoval
1223 El Camino Real # 1
Burlingame, CA 94010


Ricardo Sandoval NOriega
109 Dwight Road #2
Burlingame, CA 94010


Rigo Martinez
837 Maple Ave.
South San Francisco, CA 94080


Rodelio Ferrer Lopez
129 Lorton Avenue # 7
Burlingame, CA 94010


Rodney G. Serrano
236 Sequoia Ave
South San Francisco, CA 94080

Rogelio Guatecoutzi
241 N Claremont Street
San Mateo, CA 94401


Roger Delgado
314 California Ave.
South San Francisco, CA 94080


Roger Rivas
433 Argonaut Ave
San Francisco, CA 94134


Rolando Martinez
1031 Dodge Dr.
Redwood City, CA 94063


Sabatini Trust
361 California Dr.
Burlingame, CA 94011


Sabatini Trust & Donald & Ann Sabatini
1 Fairoaks court
San Mateo, CA 94403


Salvador Sanchez
809 Second Avenue
San Mateo, CA 94401


Salvarado Alvarez
1373 SOCORRO AVENUE
Sunnyvale, CA 94089

Santos Flores
921 Rollins Rd. Apt. 1
Burlingame, CA 94010


Sergio Loaiza
1131 Ayala Dr Apt. 1
Sunnyvale, CA 94086


Sergio M Pena-Vasquez
128 36th Street
San Mateo, CA 94403


Sergio Reguera Swenson
68 Castro St.
San Francisco, CA 94114


Sergio Vega
1221 S El Camino Real #203
San Mateo, CA 94403


Sergio Vega Fajardo
1221 S El Camino Real Apt. 203
San Mateo, CA 94402


Sofia Marquez
960 Lagauna Ave.
Burlingame, CA 94010


Sugei Arevalo
211 S Fremont St, #21
San Mateo, CA 94401

```
Tanya Sol Duran
145 Lund Ave. #301
Hayward, CA 94544


Teodoro Rodriguez
721 Tilton Ave
San Mateo, CA 94401


Terminix International, Inc.
Attn: Current Officer
c/o CT Corporation
330 N. Brand Blvd, Suite 700
Glendale, CA 91203


The Good Egg
P.O. Box 2603
Gilroy, CA 95021


TransUnion
P.O. Box 2000
Chester, PA 19022-2000


U.S. Small Business Administration
Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105


Vianca V. Partida
720 3rd Ln.
South San Francisco, CA 94080


Victor Elias-Duran
620 N. Claremont St. Apt. 3
San Mateo, CA 94401
```

Victoria E. Estrada
416 Baden Ave.
South San Francisco, CA 94080


West 89th & Watson, LLC d/b/a/ Wedemeyer
Bakery, Attn: Managing Member
314 Harbor Way
South San Francisco, CA 94080


Wilber J Trabanino
602 Flynn Ave.
Redwood City, CA 94063


Wilson Gonzales
2227 Menalto Ave.
Palo Alto, CA 94303


Xavier Favela-Bastida
2750 Marlborough Ave.
Redwood City, CA 94063


Yael Meza
440 JacksonAve, Apt. 1
Redwood City, CA 94061


Yanet Martinez
1694 McKinley St.
San Mateo, CA 94403


Yosbin Yoc Aguilar
400 RAND ST
San Mateo, CA 94401

# United States Bankruptcy Court
## Northern District of California

In re    **GRS Restaurant Group, Inc.**            Case No. _____

                           Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **GRS Restaurant Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 30, 2023
_____
Date

/s/ Matthew D. Metzger
_____
**Matthew D. Metzger 240437**
Signature of Attorney or Litigant
Counsel for    **GRS Restaurant Group, Inc.**
**Belvedere Legal, PC**
**1777 Borel Place, Suite 314**
**San Mateo, CA 94402**
**415-513-5980 Fax:415-513-5985**
**info@belvederelegal.com**

In re  **GRS Restaurant Group, Inc.** _____   Case No. _____

_____   Chapter   **11** _____
                                    Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Geoff R. Swenson**, declare under penalty of perjury that I am the **President** of  **GRS Restaurant Group, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the  **30th**  day of  **June** , 20 **23** .

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Geoff R. Swenson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **Geoff R. Swenson**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Geoff R. Swenson**, **President** of this Corporation is authorized and directed to employ **Matthew D. Metzger 240437**, attorney and the law firm of **Belvedere Legal, PC** to represent the corporation in such bankruptcy case."

Date  **June 30, 2023** _____   Signed  **/s/ Geoff R. Swenson** _____

                                                                       **Geoff R. Swenson**

Resolution of Board of Directors
of
**GRS Restaurant Group, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Subchapter V of Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Geoff R. Swenson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Geoff R. Swenson**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Geoff R. Swenson**, **President** of this Corporation is authorized and directed to employ **Matthew D. Metzger 240437**, attorney and the law firm of **Belvedere Legal, PC** to represent the corporation in such bankruptcy case.


Date   **June 30, 2023**

Signed   **/s/ Geoff R. Swenson**
          **Geoff R. Swenson**